AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

2016 JAN 2 District of Massachusetts

U.S. DISTRICT COURT
United States of America DISTRICT OF RHODE ISLAND   )
v.                                                  )
Luis Angel Flores                                   )   Case No.   1:00cr10029 - 01- RGS
aka T-Roc                                           )
                                                    )
                                                    )
_____              )
            *Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Luis Angel Flores  (USM# 22971-038; DOB 1968 or 1971; SSN# 8010)                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☑ Supervised Release Violation Petition      ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any
controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.
Defendant shall report to the probation officer as directed by the court or probation officer.
Defendant is to participate in a mental health program as directed by the U.S. Probation Office.
Defendant is to participate in a program for substance abuse as directed.
Defendant shall notify the probation officer within 72 hours of any change in residence or employment.

Date:   03/12/2015                                        /s/Terri Seelye
                                                          *Issuing officer's signature*

City and state:   Boston, Massachusetts                  Terri Seelye, Deputy Clerk
                                                          *Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ | |
| at *(city and state)* _____ . | |
| Date: _____ | _____ |
| | *Arresting officer's signature* |
| | _____ |
| | *Printed name and title* |

Prob12C
DMA (3/2003)

# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision

Name of Offender: Luis Flores                    Case Number: 00 CR 10029

Name of Sentencing Judicial Officer: The Honorable Nancy Gertner, U.S. District Judge, later reassigned
to the Honorable Richard G. Stearns, U.S. District Judge

Date of Original Sentence: 3/20/02

Original Offense: Distribution of Heroin, in violation of 21 U.S.C. 841(a)(1)

Original Sentence: 188 months custody of the Bureau of Prisons to be followed by 6 years of supervised
release.

Type of Supervision: Supervised Release        Date Supervision Commenced: 8/28/14

Asst. U.S. Attorney: John A. Wortmann, Jr.       Defense Attorney: Matthew H. Feinberg

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Standard Condition # 7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. |

Following the commencement of his supervised release term, Luis Flores was enrolled in the District's phase drug testing program. On 11/18/14, 11/24/14 and 12/1/14, Flores submitted urine samples, which when tested, were positive for the presence of opiates. When confronted with the test results, Flores admitted to the use of heroin in each instance.

| Violation Number | Nature of Noncompliance |
|---|---|
| II | **Violation of Standard Condition # 2:** The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five(5) days of each month. |

On 2/6/15, the U.S. Probation Officer met with Flores at his sister-in-law's apartment in Lawrence, MA. It should be noted that, days earlier, Flores was successfully discharged from the inpatient substance abuse program, Behavioral Health Network, in Springfield, MA. During the discussion, the U.S. Probation Officer directed Flores to meet with the probation intern, Pam Tweed, at the U.S. Probation Office in Lawrence, MA, to begin participation in the Interactive Journaling Program, specifically, the substance abuse module of the program. Flores said that he would report and participate accordingly.

Prob 12C                                   - 2 -            **Petition and Affidavit for Warrant or Summons**
                                                              **for Offender Under Supervision**

Flores reported on 2/11/15 and 2/18/15, and participated in the program appropriately. He was then directed to return for another session on 2/23/15, however Flores called and said that he was unable to make the meeting due to his work schedule. As such, his session was rescheduled for 2/25/15. On 2/25/15, Flores failed to report for the journaling session at the U.S. Probation Office. After missing his appointment, the probation intern called Flores and spoke with his wife, who indicated that Flores was at work at that time. Despite Flores's wife advising that she would have Flores contact the intern to reschedule, Flores failed to do so.

**III**        **Violation of Special Condition: The defendant is to participate in a mental health program as directed by the U.S. Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.**

re-            Subsequent to his completion of inpatient substance abuse treatment program, Flores was enrolled in outpatient mental health treatment at Lahey Behavioral Health in Lawrence, MA. Flores began to attend weekly sessions with his assigned therapist, however, on 2/23/15 and 3/2/15, Flores failed to show for his counseling appointments. Despite messages to Flores left by his therapist, Flores failed to return her calls to reschedule.

**IV**         **Violation of Special Condition: The defendant is to participate in a program for substance abuse as directed by the U.S. Probation Office, which program may include testing to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.**

Flores          Following his completion of Behavioral Health Network's inpatient treatment program,
and             was re-enrolled in the District's phase drug testing program on 2/6/15. On 2/24/15
                3/5/15, Flores failed to show for scheduled drug tests at the U.S. Probation Office.
                Furthermore, a review of the call-in log, reflected that Flores last called in for drug testing
                instructions on 2/18/15. Thereafter, Flores has not made any calls to receive drug testing
                instructions. Despite messages left by the U.S. Probation Officer, Flores neither reported
for             testing nor did he return the U.S. Probation Officer's phone calls.

**V**          **Violation of Standard Condition # 6: The defendant shall notify the probation officer within 72 hours of any change in residence or employment.**

On 2/23/15, Flores called the U.S. Probation Office and spoke with the office intern regarding his scheduled appointment for interactive journaling. Flores related that he could not make the appointment because he was working at Custom Panels. At no time has Flores contacted the U.S. Probation Officer to advise of his employment with Custom Panels.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:

                                        [X]       Revoked

Case 1:00-cr-10029-RGS   Document 344 *SEALED*   Filed 03/12/15   Page 3 of 3

Prob 12C                                   - 3 -                        **Petition and Affidavit for Warrant or Summons**
                                                                        **for Offender Under Supervision**

I declare under penalty of perjury that the foregoing is true and correct.

Reviewed/Approved by:                                    Respectfully submitted,

*/s/ Martin Flynn*                                       */s/ Paul C. Prevey*
                                            By
_____                       _____
Martin Flynn                                             Paul C. Prevey
Supervising U.S. Probation Officer                       Senior U.S. Probation Officer
                                                         Date: 03/06/2015

**THE COURT ORDERS**
[  ]   No Action
[ ✓ ]  The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

_____
Signature of Judicial Officer

3-12-15
_____
Date

MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:<5938116@mad.uscourts.gov>
Subject:Activity in Case 1:00-cr-10029-RGS USA v. Flores et al (Redacted Notice)
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case
(including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply.

NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.

NOTE: This docket entry (or case) is sealed, no email notices have been sent.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was entered on 3/12/2015 at 12:03 PM EDT and filed on 3/12/2015
Case Name:        USA v. Flores et al
Case Number:      1:00-cr-10029-RGS
Filer:
Document Number: 345(No document attached)

Docket Text:
Judge Richard G. Stearns: ELECTRONIC ORDER entered Referring Case to Magistrate Judge Jennifer C. Boal. Reason for referral:
Supervised Release Violations as to Luis Angel Flores. (Seelye, Terri)

1:00-cr-10029-RGS-1 No electronic public notice will be sent because the case/entry is sealed.